## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUKILL GREENE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-6603 |
| | : | |
| CORBAN CORPORATION, | : | |
| Defendant. | : | |
| | : | |

### O R D E R

**AND NOW**, this 18th day of August, 2006, upon consideration of Plaintiff's motion for entry of default judgment against Defendant (Document No. 5) and after a hearing to show cause held on August 18, 2006, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED.**

The Court finds the Defendant received proper notice of this action, the entry of default, and the August 18, 2006 hearing. The Court further finds the Defendant did not answer the complaint, appear at the hearing, or participate in this action in any manner. Therefore, it is **ORDERED** that based on the information provided by Plaintiff at said hearing default judgment is entered in favor of Plaintiff in the amount of $75, 913.[1]

---

[1]Pursuant to Federal Rule of Civil Procedure 55(b)(2), "the court may enter judgment by default when a party has failed to plead or otherwise defend in the action. Although the entry of a default judgment is an extreme sanction, the authority to do so is entrusted to the discretion of the trial court. The court must be satisfied that the non-moving party has received notice of the motion and that the judgment and remedies applied for are justified by the pleadings and other information of record." D.B. v. Bloom, 896 F. Supp. 166, 169-70 (D.N.J. 1995).

The Clerk of Court is directed to mark this case as closed for statistical purposes.


BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.