# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Sukill Greene** | : CIVIL ACTION |
| v. | : |
| **Corban Corporation** | : NO. 05-cv-6603 |

## PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK:

ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against ___Corban Corporation___

and against ___Corban Corporation, Route 248, Bath, Pennsylvania 18014___
(Name and Address of Garnishee)

garnishee, and index this writ against* _____

_____ and against _____

_____ as garnishee, as a lis pendens against real property of

the judgment debtor in the name of the garnishee, as follows:

___Building located on Route 248 in Bath, PA; machinery; tools; computers; raw materials; bar stock; round stock; etc.___

| | | |
|---|---|---|
| Amount Due | $ | 75,913 |
| Interest From Judgment at 6% | $ | |

*Joanne Rathgeber, Esquire*
Attorney for Plaintiff
Joanne Rathgeber, Esquire
Hill Wallack LLP
111 East Court Street
Doylestown, PA 18901
(215) 340-0400
Attorney I.D. No. 30391

Date: 9/21/06

*Applicable to real estate only (Rule 3104(c)Pa. R.C.P.).

Civ. 637 (3/82)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Sukill Greene** : CIVIL ACTION

v. :

**Corban Corporation** : NO. 05-cv-6603

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

To satisfy judgment, interest, and costs against _____

_____Corban Corporation_____, defendant
(Name of Defendant)

(1) You are directed to levy upon the property of the defendant and to sell his interest therein:

(2) You are also directed to attach the property of the defendant not levied upon in the possession

of _____Corban Corporation_____
(Name of Garnishee)
as garnishee.

<u>Building on Rt 248, Bath, PA; machinery; tools, computers; raw materials; bar stock; round stock, etc.</u>
(Specifically Describe Property)
and to notify the garnishee that
    (a) an attachment has been issued;
    (b) the garnishee is enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;

(3) If property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

    Amount Due                $_____75,913_____
    Interest From _Judgment at 6%_   $_____
    (Cost to be Added)           $_____

                           MICHAEL E. KUNZ
                           Clerk of Court

                           BY: _____
                                           (Deputy Clerk)

Seal of the Court:

MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW
1. $300 statutory exemption
2. Bibles, school books, sewing machines, uniforms and equipment
3. Most wages and unemployment compensation
4. Social security benefits
5. Certain retirement funds and accounts
6. Certain veteran and armed forces benefits
7. Certain insurance proceeds.
8. Such other exceptions as may be provided by law.

Civ. 638 (3/82)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Sukill Greene** | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **Corban Corporation** | : |
| | : NO. 05-cv-6603 |

## WRIT OF EXECUTION
## NOTICE

This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption of $300. There are other exemptions which may be applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or other rights.

If you have an exemption, you should do the following promptly: (1) Fill out the attached claim form and demand for a prompt hearing. (2) Deliver the form or mail it to the United States Marshal's office at the address noted.

You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**LAWYER REFERRAL AND INFORMATION SERVICE**
**1101 Market Street**
**11th Floor**
**Philadelphia, PA 19107-2911**

**(215) 238-6333**

Civ. 639 (3/82)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Sukill Greene** | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **Corban Corporation** | : |
| | : |
| | : |
| | : NO. 05-cv-6603 |

## CLAIM FOR EXEMPTION

**TO THE U.S. MARSHAL:**

I, the above named defendant, claim exemption of property from levy or attachment:

(1) From my personal property in my possession which has been levied upon,

    (a) I desire that my $300 statutory exemption be

        (i) set aside in kind (specify property to be set aside in kind): _____ ;

        (ii) paid in cash following the sale of the property levied upon; or

    (b) I claim the following exemption (specify property and basis of exemption):

_____

(2) From my property which is in the possession of a third party, I claim the following exemptions:

    (a) My $300 statutory exemption:    in cash; in kind (specify property):_____

    (b) Social security benefits on deposit in the amount of $_____

    (c) Other (specify amount and basis of exemption:_____

_____

Civ. 640 (10/99)

I request a prompt court hearing to determine the exemption. Notice of the hearing should be given to me at

_____, _____
             (Address)                                          ( Telephone number)

I declare under penalty of perjury that the foregoing statements made in this claim for exemption are true and correct.

Date:_____                    _____
                                                                   (Signature of Defendant)

**THIS CLAIM TO BE FILED WITH THE OFFICE OF THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

2110 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106
(215) 597-7272

NOTE: Under paragraphs (1) and (2) of the writ, a description of specific property to be levied upon or attached may be set forth in the writ or included in a separate direction to the United States Marshal.

Under Paragraph (2) of the writ, if the attachment of a named garnishee is desired, his name should be set forth in the space provided.

Under Paragraph (3) of the writ, the United States Marshal may, as under prior practice, add as a garnishee any person not named in this writ who may be found in possession of property of the defendant. See Rule 3111(a). For limitations on the power to attach tangible personal property, see Rule 3108(a).

(b) Each court shall by local rule designate the officer, organization or person to be named in the notice.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. _____05-cv-6603_____ |
| Corban Corporation | : | |
| Defendant | : | |
| | : | |
| Corban Corporation | : | |
| Garnishee | : | |

TO:    Corban Corporation

       Route 248

       Bath, PA 18014

Date of Notice: _____9/21/06_____

## IMPORTANT NOTICE

You are in default because you failed to take action required of you in this case. Unless you act within ten days from the date of this notice, a judgment may be entered against you without a hearing and you may lose your property or other important rights. You should take this Notice to a lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the following office to find out where you can get legal help.

Lawyer Referral and Information Service
1101 Market Street, 11th Floor
Philadelphia, PA 19107-2911
(215) 238-6333

                                    _____*Joanne Rathgeber, Esquire*_____
                                    Attorney for Plaintiff
                                    Joanne Rathgeber, Esquire
                                    Hill Wallack LLP
                                    111 East Court Street
                                    Doylestown, PA 18901
                                    (215) 340-0400
                                    Attorney I.D. No. 30391

Civ. 641 (9/91)